IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOSEPH O. JANIKOWSKI, | CV 14–265–M–DLC-JCL |
| Plaintiff, | |
| vs. | ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Plaintiff has filed a motion for attorney fees pursuant to 42 U.S.C. § 406(b). (Doc. 18). The text of the motion does not state that Defendant has been contacted and whether Defendant objects to the motion as required by Local Rule 7.1(c)(1). Accordingly,

IT IS ORDERED the Plaintiff's motion for attorney fees is summarily denied without prejudice, subject to Plaintiff's opportunity to re-file the motion in compliance with L.R. 7.1(c)(1).

DATED this 31st day of October, 2016

Jeremiah C. Lynch
United States Magistrate Judge